1  ZACHARY M. BEST (SBN 166035)
   332 North Second Street
2  San Jose, California  95112
   Telephone:    (408) 298-2000
3  Facsimile:    (408) 298-6046
   Email:        zak@mission.legal
4
   Attorneys for Plaintiff
5  FRANCISCA MORALEZ

6  JACKSON LEWIS P.C.
   CAROLYN G. BURNETTE (SBN 191294)
7  KAITLYN L. LAVARONI (SBN 313366)
   400 Capitol Mall, Suite 1600
8  Sacramento, California 95814
   Telephone: (916) 341-0404
9  Facsimile: (916) 341-0141
   Email: *burnettec@jacksonlewis.com*
10         *kaitlyn.lavaroni@jacksonlewis.com*

11 Attorneys for Defendants
   KMART CORPORATION; KMART OPERATIONS
12 LLC; SERITAGE SRC FINANCE LLC

**GRANTED**
Judge Yvonne Gonzalez Rogers
4/27/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KMART CORPORATION; KMART OPERATIONS LLC; SERITAGE SRC FINANCE LLC,<br><br>　　　Defendants. | CASE NO. 4:18 CV-02046 YGR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:  April 4, 2018<br>Trial Date:         TBD |

1

STIPULATION FOR EXTENSION OF TIME                              *Moralez v. KMART Corporation, et al.*
FOR DEFENDANTS TO RESPOND TO                                   Case No. 4:18-cv-02046
PLAINTIFF'S COMPLAINT

Counsel for the parties have met and conferred in good faith to continue the deadline for Defendants to respond to Plaintiff's Complaint ("Complaint"). Defendants have not previously sought an extension to file a responsive pleading in this matter, and this extension will not alter the date of any event or any deadline already fixed by Court Order. As such, the parties have agreed to extend the deadline for Defendants to respond to the complaint for thirty (30) days from April 26, 2018 to May 25, 2018.

**IT IS SO STIPULATED.**

Dated: April __, 2018          MISSION LAW FIRM, A.P.C.

By: /s/ *Zachary M. Best* – as authorized on 4/23/18
    Zachary M. Best

Attorney for Plaintiff
FRANCISCA MORALEZ


Dated: April 24, 2018          JACKSON LEWIS P.C.

By: /s/ *Carolyn G. Burnette*
    Carolyn G. Burnette
    Kaitlyn L. Lavaroni

Attorneys for Defendant
KMART CORPORATION; KMART OPERATIONS LLC; SERITAGE SRC FINANCE LLC