ZACHARY M. BEST (SBN 166035)
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: *zak@mission.legal*

Attorneys for Plaintiff
FRANCISCA MORALEZ

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
KAITLYN L. LAVARONI (SBN 313366)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *carolyn.burnette@jacksonlewis.com*
       *kaitlyn.lavaroni@jacksonlewis.com*

Attorneys for Defendants
KMART CORPORATION;
KMART OPERATIONS LLC; and
SERITAGE SRC FINANCE LLC

GRANTED

Judge Yvonne Gonzalez Rogers

5/25/18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCA M. MORALEZ, <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION; <br> KMART OPERATIONS LLC; <br> SERITAGE SRC FINANCE LLC, <br><br> Defendants. | CASE NO. 4:18-cv-02046 YGR <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **\*As Modified by the Court\*** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Counsel for the parties have met and conferred in good faith to continue the deadline for Defendants to respond to Plaintiff's Complaint ("Complaint"). This extension will not alter the date of any event or any deadline already fixed by Court Order. Defendants have sought one previous extension. As such, the parties have agreed to provide an additional thirty (30) days from May 25, 2018 to June 25, 2018 for Defendants to respond to the complaint. **No further extensions will be granted absent good cause.**

**IT IS SO STIPULATED.**

Dated: May 23, 2018          MISSION LAW FIRM, A.P.C.


By: /s/ *Zachary M. Best* *[as authorized on 5.23.18]*
    Zachary M. Best

Attorney for Plaintiff
FRANCISCA MORALEZ


Dated: May 23, 2018          JACKSON LEWIS P.C.


By: /s/ *Carolyn G. Burnette*
    Carolyn G. Burnette
    Kaitlyn L. Lavaroni

Attorneys for Defendants
KMART CORPORATION;
KMART OPERATIONS LLC; and
SERITAGE SRC FINANCE LLC

Proof of Service